# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHA NGUYEN TRAN,<br><br>　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General; TODD LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>　　Respondents. | Case No.: 3:25-cv-2963-BTM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF NO. 1, 4]** |

　　Kha Nguyen Tran petitioned the Court for a writ of habeas corpus on November 1, 2025. (ECF No. 1.) Tran also filed an emergency motion for a temporary restraining order on November 3, 2025. (ECF No. 4.) On November 15, 2025, the parties jointly moved for the dismissal of the case as moot. (ECF No. 6.) They state that Petitioner Tran was removed to Vietnam "on or about November 5, 2025." (*Id.* at 1.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the joint motion is **GRANTED**. The petition for a writ of habeas corpus and the motion for a temporary restraining order are dismissed as moot. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  November 17, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge